**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech<br>E.C.R./Reporter:      Therese Lindblom | Date:   February 23, 2011 |

| | |
|---|---|
| Civil Action No: **11-cv-00445-WYD-CBS** | Counsel: |
| **JPMORGAN CHASE BANK, N.A.; and<br>J.P. MORGAN SECURITIES, LLC**, | Theodore W. Rosen<br>Jordan D. Becker |
| Plaintiffs, | |
| v. | |
| **TIMOTHY D. SODERQUIST**, | John S. Lutz<br>Tamara A. Hoffbuhr-Seelman<br>Adrian P. Castro |
| Defendant. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**3:19 p.m.**    Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and an Order Permitting Expedited Discovery (ECF doc. #2), filed February 23, 2011, is raised for argument.

3:29 p.m.    Argument by Defendant (Mr. Lutz).

3:49 p.m.    Argument by Plaintiffs (Mr. Becker).

4:04 p.m.    Argument by Defendant (Mr. Lutz).

| | |
|---|---|
| 4:09 p.m. | Argument by Plaintiffs (Mr. Becker). |
| 4:14 p.m. | Argument by Defendant (Mr. Lutz). |
| 4:21 p.m. | Argument by Plaintiffs (Mr. Becker). |
| 4:23 p.m. | Argument by Defendant (Mr. Lutz). |
| 4:24 p.m. | Discussion regarding terms and provisions to be included in the temporary restraining order. |

**ORDERED:** Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and an Order Permitting Expedited Discovery (ECF doc. #2), filed February 23, 2011, is **GRANTED IN PART AND DEFERRED IN PART.** The motion is **GRANTED** as it relates to the motion for temporary restraining order and motion permitting expedited discovery and is **DEFERRED** as it relates to the motion for preliminary injunction.

**ORDERED:** Plaintiffs shall post bond in the amount of **$25,000.00** not later than **Thursday, February 24, 2011.**

**ORDERED:** Counsel shall get approval for the specifics of expedited discovery through Magistrate Judge Craig B. Shaffer.

**ORDERED:** The temporary restraining order shall remain in effect for a period of ten (10) days.

**4:49 p.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   1:30**