IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00445-WYD-CBS

JPMORGAN CHASE BANK, N.A.; and
J.P. MORGAN SECURITIES, LLC,

    Plaintiffs,

v.

TIMOTHY D. SODERQUIST,

    Defendant.

---

## ORDER

---

This matter comes before me on the parties' Stipulated Preliminary Injunction [ECF No. 15], filed February 28, 2011.  I approve the terms and conditions stated in the Stipulated Preliminary Injunction, and hereby make such terms and conditions an order of the Court.

Accordingly, the preliminary injunction hearing currently set for March 10, 2011 is **VACATED**.  The parties are further ordered to inform the court regarding the commencement of the FINRA arbitration and to provide the court with periodic updates regarding the status of the FINRA arbitration, including any final resolution.

Dated:  March 2, 2011

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge