IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00445-WYD-CBS

JPMORGAN CHASE BANK, N.A.; and
J.P. MORGAN SECURITIES, LLC,

    Plaintiffs,

v.

TIMOTHY D. SODERQUIST,

    Defendant.

## ORDER

The Court having considered the Parties' Joint Motion to Dissolve the Temporary Restraining Order issued by this court on February 24, 2011, and the Preliminary Injunction issued by this court on March 2, 2011, and the Court being adequately advised of the premises, it is hereby

ORDERED that the Parties' Joint Motion to Dissolve the Temporary Restraining Order [ECF No. 17], filed March 23, 2011, is **GRANTED.**  It is further

ORDERED that temporary restraining order of February 24, 2011, and the preliminary injunction of March 2, 2011, are hereby dissolved and without further force, beginning on the date of this Order.

Dated: March 24, 2011.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE