IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00445-WYD-CBS

JPMORGAN CHASE BANK, N.A.; and
J.P. MORGAN SECURITIES, LLC,

    Plaintiffs,

v.

TIMOTHY D. SODERQUIST,

    Defendant.

## ORDER

    The parties Joint Motion to Amend March 24, 2011 Order of the Court to Include Release of Plaintiffs' Bond [ECF No. 19], filed March 25, 2011 is **GRANTED**. Accordingly, the Court hereby amends its Order of March 24, 2011 [ECF No. 18] such that the bond posted by Plaintiffs pursuant to the temporary restraining order of February 24, 2011 is hereby released.

    Dated:  March 30, 2011

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge